No. 25-4843

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANDREA BARTZ, et al., <br><br> Plaintiffs-Respondents, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant-Petitioner. | DC No. 3:24-cv-05417-WHA <br><br> **PLAINTIFFS-RESPONDENTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER IN OPPOSITION TO RULE 23(f) PETITION; DECLARATION OF JUSTIN A. NELSON** <br><br> Current deadline: 8/11/2025 <br> Requested deadline: 8/14/2025 |

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure, Plaintiffs-Respondents Andrea Bartz, Charles Graeber, and Kirk Wallace Johnson ("Respondents") respectfully request a three-day extension of time to file their answer in opposition to Defendant-Petitioner Anthropic PBC's ("Anthropic's") Petition for Permission to Appeal Under Rule 23(f) (the "Petition," ECF No. 1), from August 11, 2025, to and including August 14, 2025. Counsel for Anthropic has advised that Anthropic does not oppose this motion.

1

In support of the motion, Respondents state as follows:

1. Anthropic filed its Petition on July 31, 2025. ECF No. 1.

2. Respondents' answer in opposition to the Petition is due on August 11, 2025. FED. R. APP. P. 5(b)(2).

3. The length of the requested extension is three (3) days, from August 11, 2025, to and including August 14, 2025.

4. This is Respondents' first request for an extension. The extension is reasonably necessary for two reasons. *First*, Respondents' counsel have faced and continue to face multiple other deadlines in this case and others prior to the current due date, including, among other things, three depositions between August 1 and 5, 2025 in this matter and a brief regarding Anthropic's affirmative defenses due on August 8, 2025. Declaration of Justin A. Nelson ¶ 6. *Second,* co-lead counsel for Respondents have, respectively, long-scheduled international travel between August 6 and August 12, 2025, and travel until August 8. *Id.*

5. On August 1, 2025, Respondents' counsel asked Anthropic's counsel if Anthropic would consent to extend Respondents' deadline to file an answer to the Petition by four days, to August 15, 2025. *Id.* ¶ 7. On August 5, 2025, Anthropic's counsel conveyed Anthropic's consent to

2

extend the deadline by three days, to August 14, as a professional courtesy. *Id.*

      6. Respondents' counsel have exercised diligence, and Respondents' answer in opposition to the Petition will be filed within the time requested. *Id.* ¶ 8.

For the foregoing reasons, Respondents respectfully request that the Court extend the deadline for them to file their answer in opposition to the Petition to and including August 14, 2025. Respectfully submitted,

August 5, 2025             SUSMAN GODFREY L.L.P.

By: */s/ Justin A. Nelson*
Justin A. Nelson (*pro hac vice*)
Alejandra C. Salinas (*pro hac vice*)
Collin Fredricks (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com
cfredricks@susmangodfrey.com

Rohit D. Nath (SBN 316062)
Michael Gervais (SBN 330731)
Molly Karlin (SBN 266393)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com
mgervais@susmangodfrey.com
mkarlin@susmangodfrey.com

Jordan W. Connors (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

J. Craig Smyser (*pro hac vice*)
Samir Doshi (*pro hac vice*)
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor,
New York, NY 10019
Telephone: (212) 336-8330
csmyser@susmangodfrey.com
sdoshi@susmangodfrey.com

Rachel Geman (*pro hac vice*)
Wesley Dozier (*pro hac vice*)
Anna Freymann (*pro hac vice*)
Jacob S. Miller (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
rgeman@lchb.com
wdozier@lchb.com
afreymann@lchb.com
jmiller@lchb.com
delmasry@lchb.com

Reilly T. Stoler (SBN 310761)
Betsy A. Sugar (*pro hac vice*)
Daniel M. Hutchinson (SBN 239458)
Jalle H. Dafa (SBN 290637)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
rstoler@lchb.com
bsugar@lchb.com
dhutchinson@lchb.com

jdafa@lchb.com

Scott J. Sholder (*pro hac vice*)
CeCe M. Cole (*pro hac vice*)
**COWAN DEBAETS ABRAHAMS & SHEPPARD LLP**
60 Broad Street, 30th Floor
New York, New York 10010
Telephone: (212) 974-7474
ssholder@cdas.com
ccole@cdas.com

*Attorneys for Plaintiffs-Respondents*

## DECLARATION OF JUSTIN A. NELSON

Pursuant to 28 U.S.C. § 1746, I, Justin A. Nelson, declare:

1. I am a partner at the law firm of Susman Godfrey L.L.P. and counsel for Plaintiffs-Respondents Andrea Bartz, Charles Graeber, and Kirk Wallace Johnson ("Respondents") and co-lead class counsel for the certified Class in the above-captioned action.

2. I respectfully submit this declaration in support of Respondents' unopposed motion for an extension of time of three days to file their answer ("Answer") in opposition to Defendant-Petitioner Anthropic PBC's ("Anthropic's") Petition for Permission to Appeal Under Rule 23(f) (the "Petition").

3. The facts set forth in this declaration are based on personal knowledge, and I could competently testify to them if called on to do so.

4. Anthropic filed the Petition on July 31, 2025. ECF No. 1.

5. Pursuant to Rule 5(b)(2) of the Federal Rules of Appellate Procedure, Respondents' Answer is due on August 11, 2025.

6. Respondents' counsel have exercised reasonable diligence and have significant pre-existing obligations leading up to the current deadline of August 11, 2025. This includes three depositions between

7

August 1 and August 5, 2025, as well as a brief regarding Anthropic's affirmative defenses due on August 8, 2025. A notice plan is also due on August 15, 2025. In addition, I have long-scheduled international travel between August 6 and August 12, 2025, and co-lead counsel Rachel Geman is presently traveling and returning on August 8, 2025.

7. On August 1, 2025, my co-counsel, Rohit Nath, asked Anthropic's counsel, Ephraim McDowell, via email whether Anthropic would consent to a four-day extension of time for Respondents to file their Answer, to August 15, 2025. Kathleen Hartnett, also counsel for Anthropic, responded via email on August 5, 2025, that Anthropic consented to extend the deadline to August 14 as a professional courtesy.

8. We have exercised diligence. Respondents' Answer will be filed within the time requested.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 5, 2025, at Austin, Texas.

By: */s/ Justin A. Nelson*
Justin A. Nelson