No. 25-4843

In The
# United States Court of Appeals for the Ninth Circuit

ANDREA BARTZ; CHARLES GRAEBER; KIRK WALLACE JOHNSON,
*Plaintiffs-Respondents*,

*v.*

ANTHROPIC PBC,
*Defendant-Petitioner.*

On Petition for Appeal from the United States District Court
for the Northern District of California
No. 3:24-cv-05417, Hon. William H. Alsup

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF
TAXPAYERS PROTECTION ALLIANCE AS *AMICUS CURIAE*
IN SUPPORT OF DEFENDANT-PETITIONER**

| | |
|---|---|
| Eric A. Shumsky | Christopher J. Cariello |
| ORRICK, HERRINGTON & | ORRICK, HERRINGTON & |
|   SUTCLIFFE LLP |   SUTCLIFFE LLP |
| 2100 Pennsylvania Ave., N.W. | 51 West 52nd Street |
| Washington, D.C. 20037 | New York, NY 10019 |
| (202) 339-8400 | (212) 506-5000 |

*Counsel for Amicus Curiae*

Pursuant to Rule 29 of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 29-3, the Taxpayers Protection Alliance respectfully requests leave to file a brief as amicus curiae in support of the Petition for Permission to Appeal Under Rule 23(f). Amicus's counsel contacted counsel of record for the parties to request consent to file an amicus brief in this matter. All parties consent.

The Taxpayers Protection Alliance (TPA) is a nonprofit 501(c)(4) educational group with a focus on defending free enterprise and championing reduced taxation and limited government. Founded in 2011, TPA furthers its mission by publishing articles, analyses, and opinion pieces, as well as through television, social media, and congressional testimony. In cases that directly implicate TPA's priorities, it seeks to participate as amicus curiae.

This is such a case. TPA recognizes that protecting IP while promoting innovation requires a careful, individualized focus on the rights at issue in each case, the allegedly infringing conduct, and any defenses to alleged infringement. For this reason, TPA supports a thoughtful, cautious approach to regulating generative AI technology. That technology is poised to reshape industries, redefine jobs, and

1

unleash unprecedented creativity and innovation while contributing immensely to economic growth. Because the district court's class certification decision will thwart fair litigation of the vitally important copyright issues presented in this case, TPA has a strong interest in urging this Court to grant the petition for review.

For the foregoing reasons, TPA respectfully requests that the Court grant its unopposed motion for leave to file an amicus curiae brief in support of the petition for permission to appeal and accept for filing the brief attached to this motion.

August 7, 2025                               Respectfully submitted,

                                             */s/ Christopher J. Cariello*

Eric A. Shumsky                              Christopher J. Cariello
ORRICK, HERRINGTON &                         ORRICK, HERRINGTON &
 SUTCLIFFE LLP                                SUTCLIFFE LLP
2100 Pennsylvania Ave., N.W.                 51 West 52nd Street
Washington, D.C. 20037                       New York, NY 10019
(202) 339-8400                               (212) 506-5000

*Counsel for Amicus Curiae*

2