No. 25-4843

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

ANDREA BARTZ, CHARLES GRAEBER,
and KIRK WALLACE JOHNSON, Plaintiffs-Respondents,
v.
ANTHROPIC PBC, Defendant-Petitioner.

On Petition for Permission to Appeal from the United States District Court
for the Northern District of California,
Case No. 3:24-cv-05417-WHA
The Honorable William H. Alsup

CONSENT MOTION TO HOLD APPEAL, INCLUDING ALL
PENDING MOTIONS, IN ABEYANCE

Kathleen R. Hartnett
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
khartnett@cooley.com

Ephraim A. McDowell
Alexander J. Kasner
Elias S. Kim
COOLEY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Telephone: (202) 842-7800

Daralyn J. Durie
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000

Douglas A. Winthrop
ARNOLD & PORTER KAYE
SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100

Allison Wettstein O'Neill
COOLEY LLP
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone: (858) 550-6000

*Attorneys for Defendant-Petitioner Anthropic PBC*

Defendant-Petitioner Anthropic PBC ("Anthropic") respectfully requests that this Court hold this appeal in abeyance, including the motions currently pending before this Court—namely, Anthropic's Rule 23(f) Petition (CA9 Dkt. 1.1) and Anthropic's Emergency Motion to stay proceedings in the district court pending this Court's disposition of the Rule 23(f) Petition ("Emergency Motion to Stay") (CA9 Dkt. 18.1). The basis for the requested abeyance is that Anthropic and Plaintiffs-Respondents ("Plaintiffs," jointly with the Anthropic, the "Parties") have executed a binding term sheet intended to memorialize the terms of a proposed class settlement. Plaintiffs consent to this Motion.

In support of the Motion, Anthropic states as follows:

1. Anthropic filed its Rule 23(f) Petition with this Court on July 31, 2025, CA9 Dkt. 1.1, and it filed its Emergency Motion to Stay on August 13, 2025, CA9 Dkt. 18.1.

2. The Parties have negotiated a proposed class settlement intended to resolve the pending class action litigation in the district court. The Parties memorialized the core terms of that proposed settlement in a binding term sheet dated August 25, 2025.

3. Anthropic's Rule 23(f) Petition is now fully briefed and pending decision by the Court. *See* CA9 Dkt. 19.1 (Plaintiffs' Answer to Rule 23(f) Petition); CA9 Dkt. 21.1 & 22.2 (Anthropic's Reply).

1

4.      Plaintiffs filed their Opposition to Anthropic's Emergency Motion to Stay on August 25, 2025.  CA9 Dkt. 25.1  Anthropic's reply brief in support of that motion is due by September 2, 2025.  Anthropic's Emergency Motion to Stay seeks relief by September 2, 2025.  CA9 Dkt. 18.1.

5.      To preserve the resources of this Court and the Parties, and to enable completion of the settlement process, the Parties agree that this Court should hold this appeal in abeyance.  Anthropic, with Plaintiffs' consent, requests that such an abeyance last unless and until (i) Plaintiffs' Motion for Preliminary and Final Approval are granted and the time for appeal has expired or any appeal has been resolved (in which case Anthropic will seek dismissal this appeal); (ii) Plaintiffs' Motion for Preliminary Approval is denied and either (a) Plaintiffs have not submitted a revised motion within 15 days thereafter or (b) such revised motion has been denied; or (iii) Plaintiffs' Motion for Final Approval is denied and either (a) Plaintiffs have not submitted a revised motion within 15 days thereafter or (b) such motion is denied.  Should any such event occur, Anthropic will promptly notify this Court.

6.      Concurrent with this Motion, the Parties are filing a notice of settlement with the district court and jointly requesting a stay.

7.      The Parties have discussed the substance and relief sought by this Motion and Plaintiffs consent to this Motion.

For these reasons, Anthropic respectfully requests that this Court hold this appeal, including all pending motions, in abeyance.

Dated: August 26, 2025

Respectfully submitted,

*/s/ Kathleen R. Hartnett*

Kathleen R. Hartnett
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000

Ephraim A. McDowell
Alexander J. Kasner
Elias S. Kim
COOLEY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Telephone: (202) 842-7800

Allison Wettstein O'Neill
COOLEY LLP
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone: (858) 550-6000

Daralyn J. Durie
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000

Douglas A. Winthrop
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor

San Francisco, CA 94111-4024
Telephone: (415) 471-3100

*Counsel for Defendant-Petitioner Anthropic*

4

## CERTIFICATE OF COMPLIANCE

This motion complies with the page-volume limitations set out in Ninth Circuit Rule 27-1(1)(d) and 32-3 because it is 460 words. This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

*/s/ Kathleen R. Hartnett*
Kathleen R. Hartnett

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on August 26, 2025. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: August 26, 2025         */s/ Kathleen R. Hartnett*

                                             Kathleen R. Hartnett
                                             COOLEY LLP