UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 28 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANDREA BARTZ; et al.,<br><br>  Plaintiffs - Respondents,<br><br> v.<br><br>ANTHROPIC, PBC,<br><br>  Defendant - Petitioner. | No. 25-4843<br><br>D.C. No.<br>3:24-cv-05417<br>Northern District of California,<br>San Francisco<br><br>ORDER |

The motion (Docket Entry No. 26) to hold resolution of this petition and all pending motions in abeyance is granted.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT